

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

November 30, 2007

RECEIVED
DEC 0 3 2007
CHAMBERS OF
DENISE COTE

BY HAND TO CHAMBERS

Honorable Denise Cote
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

        Re:  Pascuala Ortega o/b/o Jasmine Baez v. Astrue
            07 Civ. 5664 (DLC)

Dear Judge Cote:

       We write to advise the Court of the status of this Social Security case and to request an adjournment of the briefing schedule. On October 1, 2007, we offered to remand this case for further administrative proceedings. An attorney plaintiff consulted, but who has not appeared in this action, asked for a copy of the administrative record in this case. Although we sent plaintiff a copy of the administrative record on October 29, 2007, when we filed an answer in this case, plaintiff subsequently advised us that she did not receive the answer or record. We re-sent the answer and record, and have confirmed that plaintiff has now received these documents.

       In the meantime, the Court issued an order requiring any motion to be filed by November 30, 2007. The parties respectfully request that the briefing schedule be adjourned to allow plaintiff time to consider the Commissioner's offer to remand. The proposed schedule is: any motion by January 11, 2008, opposition to any motion by February 11, 2008, and any reply by

February 26, 2008. No prior adjournment of the briefing schedule has been requested. We appreciate the Court's consideration of this request.

                              Respectfully,

                              MICHAEL J. GARCIA
                              United States Attorney

                By:     _____
                            SUSAN D. BAIRD
                            Assistant United States Attorney
                            tel. (212) 637-2713
                            fax (212) 637-2750

cc: BY FEDERAL EXPRESS
    Pascuala Ortega obo Jasmine Baez

*Granted.*

*[signature]*
*December 3, 2007*

COPIES SENT TO:

Pascuala Ortega
644 W. 173rd St., Apt. #B1
New York, NY 10032

Susan D. Baird
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007