ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
PASCUALA ORTEGA o/b/o          :
JASMINE BAEZ,                  :
                               :
            Plaintiff,         :
                               :
      - v. -                   :   STIPULATION AND ORDER
                               :        OF REMAND
MICHAEL J. ASTRUE,             :
Commissioner of                :   07 Civ. 5664 (DLC)
Social Security,               :
            Defendant.         :
- - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings. On remand, the Administrative Law Judge will make reasonable efforts to obtain speech-language and mental status consultative examinations. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       January ⟋, 2008

                    NORTHERN MANHATTAN
                    IMPROVEMENT CORPORATION
                    Attorney for Plaintiff

By: _____
    JAMES M. BAKER, ESQ.
    76 Wadsworth Avenue
    New York, New York 10033
    Telephone No. (212) 822-8347

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York  10007
    Telephone No. (212) 637-2713
    Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
    January 9, 2008

COPIES SENT TO:

James M. Baker
Northern Manhattan Improvement
Corporation
76 Wadsworth Avenue
New York, NY 10033

Susan D. Baird
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007