

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212)637-2713
Fax: (212)637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
PASCUALA ORTEGA o/b/o      :
JAMIE BAEZ,                :
                           :
         Plaintiff,        :
                           :    STIPULATION AND ORDER
                           :
      -v -                 :    07 Civ. 5664 (DLC)
                           :
MICHAEL J. ASTRUE,         :
Commissioner of            :
Social Security,           :
                           :
         Defendant.        :
- - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay plaintiff's counsel, James M. Baker, Esq., one thousand four hundred seventy nine dollars ($1,479.00), in full satisfaction

of any and all claims for attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: New York, New York
       February 1, 2008

                  NORTHERN MANHATTAN
                  IMPROVEMENT CORPORATION
                  Attorney for Plaintiff

By: _____
    JAMES M. BAKER, ESQ.
    76 Wadsworth Avenue
    New York, New York 10033
    Telephone No. (212) 822-8347

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone No. (212) 637-2713
    Susan.Baird@usdoj.gov

SO ORDERED:

_____
United States District Judge
Feby 8, 2008

The Clerk of Court shall terminate all pending motions.
DLC
2/8/08

COPIES SENT TO:

James M. Baker
Northern Manhattan Improvement
Corporation
76 Wadsworth Avenue
New York, NY 10033

Susan D. Baird
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007